IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WINETTE BRINGAS, MONETTE BRINGAS, ANSELMO EDUARDO G. BRINGAS,<br><br>     Plaintiffs,<br><br>   vs.<br><br>ASSET MORTGAGE OF HAWAII, LLC; CHEVY CHASE BANK, FSB; CHEVY CHASE MORTGAGE FUNDING CORP.; US BANK, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEM; DOES I THROUGH 100, INCLUSIVE,<br><br>     Defendants. | CIVIL NO. 17-00125 JMS-RLP<br><br>FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE |

FINDINGS AND RECOMMENDATION TO
DISMISS THIS ACTION WITHOUT PREJUDICE[1]

   On June 15, 2017, this Court issued a Deficiency Notice and Order Regarding Service of Defendants.  ECF No. 10.  In that order, the Court gave notice to Plaintiffs that they must serve their Complaint on Defendants no later than July 17, 2017, and that failure to do so may result in dismissal of this action for failure to prosecute or otherwise follow a court order.  See Fed. R. Civ. P. 41(b); Fed. R. Civ. P. 4(m); see also In re Sheehan,

---

   [1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1), file written objections in the United States District Court.  A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation.  If no objections are filed, no appellate review will be allowed.

253 F.3d 507, 513 (9th Cir. 2001) (stating that the court has broad discretion under Rule 4(m) to extend the time for service or to dismiss the action without prejudice).

Plaintiffs have not filed a return of service indicating that they effected service.  Based on the docket, Plaintiffs have not effected service of the Complaint or Summons as required under Rule 4(c) of the Federal Rules of Civil Procedure.  Accordingly, the Court FINDS AND RECOMMENDS that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, JULY 26, 2017.

Richard L. Puglisi
United States Magistrate Judge

**BRINGAS, ET AL. V. ASSET MORTGAGE OF HAWAII, LLC, ET AL.; CIVIL NO. 17-00125 JMS-RLP; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**